IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| YU HIN CHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-219 |
| | ) |
| KAREN MAY BACDAYAN; KEVIN C. McCLANAHAN; CARMEN A. PACHECO; DAWN HILL-KEARSE; WAVNY TOUSSAINT; and RE/MAX, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 25th day of November, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA